UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERESA BIRK,

    Plaintiff,

    v.

ROBERT CHRISTOPHER SINN,

    Defendant.

Case No. 05-cv-4144-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes.

This case stems from an August 10, 2003, accident between plaintiff Teresa Birk ("Birk"), who was driving a lawn tractor, and defendant Robert Christopher Sinn("Sinn"), who was driving a car. Birk filed this case on August 10, 2005, but there is no evidence in the record that she ever served Sinn with process.

Finding that Birk's failure to timely serve Sinn was due to excusable neglect, on December 6, 2006, the Court gave Birk up to and including February 10, 2007, to file a proof of service or waiver of service in any manner authorized by Federal Rule of Civil Procedure 4. The Court warned Birk that should she fail to file a proof or waiver of service, the Court would dismiss this case without prejudice under Rule 4(m) for lack of service of process.

Birk did not timely file proof of service or a waiver of service on Sinn. Therefore, as the Court warned it would do in its December 6, 2006, order, the Court **DISMISSES** this case **without prejudice** pursuant to Rule 4(m) for failure to serve and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: February 13, 2007**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**