UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERESA BIRK,

    Plaintiff,

  v.

ROBERT CHRISTOPHER SINN,

    Defendant.

Case No. 05-cv-4144-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to serve the defendant,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

**DATED:  February 13, 2007**    by:s/Deborah Agans,  Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**